AO 91 (5/85) Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __OHIO__

UNITED STATES OF AMERICA
V.

JUAN LOPEZ, also known as
LOBO
932 Tivoli Lane,
Springdale, Ohio 45246
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:06MJ00057D

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 21, 2005__ in __Hamilton__ county, in the __Southern__ District of __Ohio__ defendant(s) did, (Track Statutory Language of Offense)

flee the State of Ohio to avoid being prosecuted for the crimes of Murder and Felonious Assault in violation of the Ohio Revised Code, Sections 2903 02(A) and 2903 11(A)(1).

in violation of Title __18__ United States Code, Section(s) __1073__

I further state that I am a(n) __Special Agent, FBI__ and that this complaint is based on the following facts:

See attached Affidavit of Special Agent Terence F. Moran

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

February 17, 2006 at Cincinnati, Ohio
Date                    City and State

Honorable Timothy S. Black
U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**AFFIDAVIT**

I, Special Agent Terence F. Moran, being duly sworn, depose and say that I am a Special Agent of the Federal Bureau of Investigation (FBI), duly appointed according to law and acting as such, have been employed as a Special Agent with the FBI for 22 years. During this time, I have conducted numerous investigations of Federal laws including violations of Title 18 United States Code, section 1073, Unlawful Flight to Avoid Prosecution. The information contained in this affidavit has been derived by investigations conducted by your affiant as well as information received by your affiant from Detective Linda Kelly, Sharonville Police Department, Sharonville, Ohio. All of the details of this investigation are not included in this affidavit, only information necessary to establish probable cause to believe that JUAN LOPEZ, also known as LOBO, fled the State of Ohio in order to avoid prosecution for the crimes of Murder and Felonious Assault, both of which are felonies under Ohio Revised Code. Affiant, further hereby deposes and says:

1. On August 20, 2005, two male Hispanics were shot in the parking lot of Harmony Grove Apartments, Sharonville, Ohio after two groups of male Hispanics were involved in a verbal altercation at a local Walmart store. One victim, Moises Ortiz Mendoza died of a

1

gunshot wound to the chest. The other victim, Jose Mendoza was treated and released at a local hospital for a gunshot wound to the hand.

2. On August 21, 2005, two suspects in the homicide and felonious assault, identified as JUAN LOPEZ and FELICIANO VICENTE, fled the Cincinnati area and traveled to Los Angeles, California in a vehicle owned by JUAN LOPEZ. Reportedly, JUAN LOPEZ left his wife and two children behind.

3. On September 1, 2005, U.S. Border Patrol Agents arrested FELICIANO VICENTE, also known as JOSE RODRIGUEZ near Sierra Blanca, Texas. FELICIANO VICENTE reportedly told arresting agents that he and JUAN LOPEZ parted ways in California.

4. On September 8, 2005, Los Angeles Police Department, Mission Homicide Unit Detectives located JUAN LOPEZ' vehicle in the garage of his mother's residence in North Hills, California. JUAN LOPEZ was not located at this address.

5. On September 21, 2005, the Hamilton County Ohio Grand Jury indicted both JUAN LOPEZ, also known as LOBO, and JOSE RODRIGUEZ, also known as FELICIANO VICENTE on one count of Murder, and one count

of Felonious Assault in violation of Ohio Revised Code, Sections 2903 02(A) and 2903 11 (A)(1) respectively.

6. Your affiant has been advised by the Sharonville Police Department that on or about January 6, 2006, JUAN LOPEZ' wife ROSA, and their two children, traveled to Los Angeles, California to visit JUAN LOPEZ' mother. Investigators believe they traveled there to visit JUAN LOPEZ. Furthermore, investigators have reason to believe JUAN LOPEZ traveled back to his native country, El Salvador, and secured documents for a new identity, and has since returned to the Los Angeles area. Reportedly, JUAN LOPEZ has many family members in the Los Angeles area.

7. Affiant believes there exists probable cause to believe JUAN LOPEZ, also known as LOBO, fled the State of Ohio in order to avoid prosecution of state charges and asks that a warrant be issued to arrest JUAN LOPEZ for violation of Title 18, United States Code, Sections 1073.

3

_____
Special Agent Terence F. Moran
Federal Bureau of Investigation

Sworn to and subscribed before me this 17th. day of February 2006.

_____
Timothy S. Black
United States Magistrate Judge